## COLT *against* GREGORY.

E. GRIFFIN, moved to set aside the judgment against the defendant, and all subsequent proceedings; and he read an affidavit of the defendant, stating, that " at the time of issuing the *capias ad respondendum* in this cause, and for a long time before, and ever since, he has been and still is an attorney and counsellor of this Court." The affidavit then set forth that a capias had been served on the defendant, but without serving any other papers, either on him or his agent ; that the plaintiff's attorney had treated him as a common person, and proceeded to judgment.

*Ostram*, objected that the affidavit did not state that he was a *practising* attorney at the time of the suit brought.

*Curia*. This was not necessary. He swears that he was *an attorney and counsellor*, and this is sufficient, *prima facie*, to show that he had practised within the year. If otherwise, it lay with the plaintiff to shew it.

Motion granted.